IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFREY ALTMAN, | ) | 1:09-cv-1000  AWI SMS |
| | ) | |
| Plaintiff, | ) | ORDER REQUIRING ANY |
| v. | ) | REPLY REGARDING |
| | ) | PLAINTIFF'S MOTION TO |
| HO SPORTS COMPANY, INC., dba | ) | REMAND TO BE FILED ON |
| HYPERLITE, and DOES 1 to 100, | ) | OR BY AUGUST 14, 2009 |
| | ) | |
| Defendants. | ) | |

Currently set for hearing and decision on September 8, 2009, are Plaintiff's motion to remand and Defendant's motions to strike and dismiss.  The hearing on the motion to remand was initially set for August 21, 2009.  Under the previous hearing date, any reply to the remand motion would have been due by August 14, 2009.[1]  See Local Rule 78-230.  Given the Court's schedule, maintaining the August 14, 2009, reply due date is preferable.

Accordingly, IT IS HEREBY ORDERED that Plaintiff may file a reply regarding his motion to remand on or by August 14, 2009.[2]

IT IS SO ORDERED.

Dated:   August 7, 2009            /s/ Anthony W. Ishii
                                   CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Defendant's opposition was filed on July 31, 2009.  See Court's Docket Doc. No. 12.

[2] Of course, Plaintiff may file a reply earlier than August 14.