IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFREY ALTMAN, | ) | 1:09-cv-1000  AWI SMS |
| | ) | |
| Plaintiff, | ) | ORDER CORRECTING |
| v. | ) | ORDER OF AUGUST 20, 2009, |
| | ) | *NUNC PRO TUNC* |
| HO SPORTS COMPANY, INC., dba HYPERLITE, BEN SIMS, and DOES 1 to 100, | ) ) ) | (Doc. No. 19) |
| | ) | |
| Defendants. | ) | |

On August 20, 2009, this Court denied Plaintiff's motion to remand and vacated the hearing date on the motion. See Court's Docket Doc. No. 19.  The order mistakenly identified September 14, 2009, as the hearing date for the motion to remand.  In fact, the hearing date was September 8, 2009, and there is no hearing set in this case for September 14, 2009.  The Court will issue this order *nunc pro tunc* to reflect that the August 20, 2009, remand order vacated the **September 8, 2009**, hearing date.

Accordingly, IT IS HEREBY ORDERED that this Court's August 20, 2009, order on Plaintiff's motion to remand is corrected *nunc pro tunc* to reflect that the September 8, 2009, hearing date on the motion to remand is vacated.[1]

IT IS SO ORDERED.

**Dated:   August 27, 2009**              /s/ Anthony W. Ishii
                                                              CHIEF UNITED STATES DISTRICT JUDGE

---

[1] This order does not affect Defendant's motion to dismiss or the September 8, 2009, hearing date on Defendant's motion to dismiss.