IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY ALTMAN,<br><br>            Plaintiff,<br>    v.<br><br>HO SPORTS COMPANY, INC., dba HYPERLITE, BEN SIMS, and DOES 1 to 100,<br><br>            Defendants. | 1:09-cv-1000  AWI SMS<br><br>ORDER VACATING NOVEMBER 23, 2009, HEARING AND TAKING MATTERS UNDER SUBMISSION |

   Currently set for hearing and decision on November 23, 2009, are Defendant HO Sports's motion to dismiss and Plaintiff's motion to dismiss.  The Court has reviewed the moving papers and has determined that these matters are suitable for decision without oral argument.  Local Rule 78-230(h).

   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 23, 2009, is VACATED, and the parties shall not appear at that time.  As of November 23, 2009, the Court will take the parties' respective motions to dismiss under submission and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:**    **November 17, 2009**             /s/ Anthony W. Ishii
                                      CHIEF UNITED STATES DISTRICT JUDGE