UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY ALTMAN, | Case No. **1:09-CV-01000-AWI-JLT** |
| Plaintiffs, | **ORDER ON STIPULATION AND ORDER EXTENDING PRE-TRIAL DEADLINES** |
| vs. | |
| HO SPORTS COMPANY, INC. | |
| Defendants. | |

Having read Plaintiff, Jeffrey Altman ("Plaintiff") and Defendants HO Sports Company, Inc. ("Defendants") stipulation and request for order as set forth herein, and finding good cause therefore:

IT IS HEREBY ORDERED that the following deadlines set forth by the Scheduling Conference Order entered on February 24, 2010 be extended as follows:

Pleading Amendment Deadline – Extended to June 30, 2010

Discovery Deadline (non-expert) – Extended to September 30, 2010.

///

- 1 -
Order re: Stipulation to Extend Pre-Trial Deadlines; Case No. 1:09-cv-1000 AWI JLT

1   No other dates, set by the Scheduling Order, are modified by this order.

2

3   IT IS SO ORDERED.

4
    Dated:   **April 14, 2010**                            **/s/ Jennifer L. Thurston**
5                                                     UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26