**FLESHER ■ BROOMAND LLP**
I. Hooshie Broomand, Esq., SBN: 210206
Jacob D. Flesher, Esq. SBN: 210565
William C. Berry, Esq. SBN: 60520
Jeremy M. Jessup, Esq. SBN: 208758
11249 Gold Country Boulevard, Suite 170
Gold River, CA 95670
Telephone:   (916) 635-2200
Facsimile:   (916) 635-2120

Attorneys for Plaintiff Jeffrey Altman

Randolph T. Moore (#120041)
rmoore@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689
Telephone: (714) 427-7000

Attorneys for Defendants
HO Sports Company, Inc. dba Hyperlite

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, BAKERSFIELD DIVISION

| | |
|---|---|
| JEFFREY ALTMAN, | Case No.   1:09-CV-01000-AWI-JLT |
| Plaintiffs, | Assigned to: Judge Anthony W. Ishii<br>Magistrate Judge: Jennifer L. Thurston |
| vs. | |
| HO SPORTS COMPANY, INC. | **Joint Stipulation and Proposed Order Extending Pre-Trial Deadlines** |
| Defendants. | DATE OF FILING: April 24, 2009 |
| _____/ | |

Plaintiff, Jeffrey Altman ("Plaintiff") and Defendants HO Sports Company, Inc. ("HO Sports") and Ben Sims ("Sims") (collectively, "Defendants") hereby provide the following stipulation and request for order as set forth herein:

WHEREAS the Court previously entered a Scheduling Conference Order setting forth certain pre-trial deadlines, including a pleading amendment deadline (4/30/10) and discovery deadline (7/30/10 (non-expert); 10/1/10 (expert));

1
.2
3

WHEREAS the Court, through a stipulation by the parties, previously granted a request to extend the pre-trial deadlines, including a pleading amendment deadline (6/30/10) and discovery deadline (9/30/10 (non-expert));

4
.5
6

WHEREAS a material witness went into pre-mature labor and as a result of this pre-mature labor is unable to attend her previously noticed deposition, and will be unable to attend a deposition until sometime in September;

7
8

WHEREAS Plaintiff wishes to be able to amend the complaint after the deposition of the material witness, and continue to engage in meaningful discovery;

9
10
11

IT SI HEREBY STIPULATED by and between the parties through their respective attorneys of record that the following deadlines set forth by the Scheduling Conference Order entered on April 14, 2010 and the prior stipulation, be extended as follows:

12

Pleading Amendment Deadline - Extended to September 30, 2010

13

14

Dated: June 14, 2010            SNELL & WILMER L.L.P.

15

16            By: _____/s/ Randolph T. Moore_____
17                    Randolph T. Moore
                      Attorneys for Defendants
18                    HO Sports, Inc. dba Hyperlite and Ben Sims

19

20

Dated: June 14, 2010            FLESHER■BROOMAND

21

22            By: _____/s/ I. Hooshie Broomand_____
                    I. Hooshie Broomand
23                  Attorneys for Plaintiff
                    Jeffrey Altman

24

25

26

1

.2

3

4

.5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**ORDER**

IT IS SO ORDERED.

**Dated:    June 14, 2010**                    <u>              /s/ Anthony W. Ishii              </u>
                                                        CHIEF UNITED STATES DISTRICT JUDGE