UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY ALTMAN,<br><br>            Plaintiffs,<br><br>     vs.<br><br>HO SPORTS COMPANY, INC.<br><br>            Defendants.<br>_____ | Case No.  **1:09-CV-01000-AWI-JLT**<br><br>**ORDER GRANTING IN PART AND DENYING IN PART STIPULATION TO MODIFY SCHEDULING ORDER** |

Before the Court is the third stipulation to modify the Scheduling Order. The parties seek to extend the deadlines for expert disclosure but the dates suggested leave insufficient time for filing dispositive motions. Therefore, the Court **GRANTS IN PART** and **DENIES IN PART** the request to modify the Scheduling Order as follows:

<u>Joint</u> Expert Disclosure - Extended to September 7, 2010

<u>Joint</u> Rebuttal Expert Disclosure - Extended to September 21, 2010

IT IS SO ORDERED.

Dated:  **July 26, 2010**              /s/ **Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE