IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY ALTMAN,<br><br>             Plaintiff,<br>    v.<br><br>HO SPORTS COMPANY, INC., dba<br>HYPERLITE, and DOES 1 to 100,<br><br>             Defendants. | 1:09-cv-1000  AWI SMS<br><br>ORDER VACATING<br>HEARING DATE, ORDER<br>FOR RESPONSE TO<br>OBJECTIONS, AND ORDER<br>HOLDING MOTION IN<br>ABEYANCE |

  Currently set for hearing and decision on November 15, 2010, is Defendant's motion for summary judgment.  On October 18, 2010, and again on October 25, 2010, Plaintiff filed objections to Defendant's motion.  Plaintiff objects that Defendant did not properly attempt to meet and confer regarding the summary judgment motion, as required by the Scheduling Order.  Specifically, Plaintiff objects that Defendant did not attempt to meet and confer until October 14 or 15, when the deadline for filing the summary judgment motion was October 15.  Plaintiff's opposition is due November 1, 2010.

  Given the nature of Plaintiff's objections, which amount to a contention that Defendant has violated a court order by filing its motion, the Court believes that a modified schedule is in order.  The Court will obtain a response from Defendant regarding Plaintiff's objections and will hold the summary judgment motion in abeyance, pending resolution of Plaintiff's objections.

Accordingly, IT IS HEREBY ORDERED that:

1. The November 15, 2010, hearing date on Defendant's motion for summary judgment is VACATED;
2. Defendant will file a response to Plaintiff's objections on or by 1:00 p.m. on November 1, 2010; and
3. Defendant's motion for summary judgment will be held in abeyance pending resolution of Plaintiff's motion.[1]

IT IS SO ORDERED.

Dated:   October 26, 2010

CHIEF UNITED STATES DISTRICT JUDGE

---

[1] If the Court overrules Plaintiff's objections, it will later set a new opposition date, reply date, and hearing date on Defendant's summary judgment motion.