IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFREY ALTMAN, | ) | 1:09-cv-1000  AWI SMS |
|         Plaintiff, | ) | |
| | ) | ORDER VACATING |
|    v. | ) | FEBRUARY 28, 2011, |
| | ) | HEARING AND TAKING |
| HO SPORTS COMPANY, INC., dba | ) | MATTER UNDER |
| HYPERLITE, and DOES 1 to 100, | ) | SUBMISSION |
| | ) | |
|         Defendants. | ) | |

    Currently set for hearing and decision on February 28, 2011, is Defendant's motion for summary judgment. The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 28, 2011, is VACATED, and the parties shall not appear at that time. As of February 28, 2011, the Court will take Defendant's motion under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   February 24, 2011                                               
                                                                             CHIEF UNITED STATES DISTRICT JUDGE