IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY ALTMAN,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>HO SPORTS COMPANY, INC., dba HYPERLITE, and DOES 1 to 100,<br><br>　　　　　Defendants. | 1:09-cv-1000  AWI SMS<br><br>ORDER RESETTING PRE-TRIAL CONFERENCE TO MAY 26, 2011 |

　　　Currently pending before the Court is Defendant's motion for summary judgment. Trial in this matter is set for July 5, 2011. The pre-trial conference is set for April 27, 2011. Because of the Court's schedule and the pending summary judgment motion, the Court finds it necessary to move the current pre-trial conference date.

　　　Accordingly, IT IS HEREBY ORDERED that:

1.　The April 27, 2011, pre-trial conference date is VACATED;

2.　The pre-trial conference in this matter is RESET to May 26, 2011, at 9:00 a.m. in Courtroom No. 2; and

3.　The parties shall file a joint pre-trial conference statement pursuant to Local Rule 281.

IT IS SO ORDERED.

Dated:　April 18, 2011

　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE