Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, BAKERSFIELD DIVISION

| | |
|---|---|
| JEFFREY ALTMAN, an individual,<br><br>              Plaintiff,<br><br>vs.<br><br>HO SPORTS COMPANY, INC., dba HYPERLITE, and DOES 1 to 100,<br><br>              Defendants. | CASE NO. 1:09-CV-01000-AWI-JLT<br><br>Assigned to: Judge Anthony W. Ishii<br>Magistrate Judge: Jennifer J. Thurston<br><br>**Order re Stipulation to Continue Pretrial Conference Scheduled for May 26, 2011 to May 27, 2011**<br><br>Hearing Date:  February 28, 2011<br>Time:  1:30 p.m.<br>Courtroom:  2<br><br>DATE OF FILING:  April 24, 2009<br>TRIAL DATE:  July 5, 2011 |

## **ORDER**

AND NOW, this 27th day of April, 2011, upon consideration of the HO Sports Company Inc.'s ("HO Sports") and Plaintiff Jeffrey Altman's ("Plaintiff") Stipulation to Continue the Scheduled Pretrial Conference set for May 26, 2011 to May 27, 2011.

///

///

Accordingly, IT IS SHEREBY ORDERED that

1. The May 26, 2011, pretrial conference date is VACATED;

2. The pretrial conference in the matter is RESET to May 27, 2011 at 9:00 a.m. in Courtroom No. 2; and

3. The parties shall file a joint pretrial conference statement pursuant to Local Rule 281.

IT IS SO ORDERED.

Dated:  May 2, 2011

CHIEF UNITED STATES DISTRICT JUDGE

Snell & Wilmer  
L.L.P.  
LAW OFFICES  
600 Anton Boulevard, Suite 1400  
Costa Mesa, California 92626-7689  
(714) 427-7000