IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFREY ALTMAN, | ) | 1:09-cv-1000  AWI JLT |
| Plaintiff, | ) | |
| v. | ) | ORDER VACATING TRIAL AND ALL OTHER SCHEDULED DATES IN LIGHT OF NOTICE OF SETTLEMENT |
| HO SPORTS COMPANY, INC., dba HYPERLITE, and DOES 1 to 100, | ) ) ) | |
| Defendants. | ) | |

Trial in the is case is set for October 4, 2011.  On September 28, 2011, Plaintiff filed a notice of settlement.  See Docket Doc. No. 261.  In light of the notice of settlement, it is appropriate to vacate the trial dates and all other outstanding deadlines.  Pursuant to Local Rule 160, the parties will be given 21 days to file dispositional papers, so that the Court may close the case.  The parties are reminded that, pursuant to Local Rule 160, the failure to timely file dispositional papers may be grounds for sanctions.[1]

Accordingly, in light of the filed notice of settlement, IT IS HEREBY ORDERED that:

1. All currently scheduled dates and deadlines, including the October 4, 2011 trial date, are VACATED; and

2. The parties shall file dispositional papers through Rule 41 as soon as possible, but no later than October 19, 2011.

IT IS SO ORDERED.

Dated:   September 28, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The notice indicates that settlement should be finalized with 21 days.  See Doc. No. 261.  If it becomes apparent that additional time is necessary to file dispositional papers, the parties should submit a joint status report and request for additional time.