1  Randolph T. Moore (#120041)
   rmoore@swlaw.com
2  SNELL & WILMER L.L.P.
   600 Anton Boulevard, Suite 1400
3  Costa Mesa, CA  92626-7689
   Telephone: (714) 427-7000
4  Attorneys for Defendants
   HO Sports Company, Inc. dba Hyperlite
5

**FILED**

OCT 12 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  JEFFREY ALTMAN, an individual,      CASE NO. 1:09-CV-01000-AWI-JLT

12              Plaintiff,               Assigned to: Judge Anthony W. Ishii
                                         Magistrate Judge: Jennifer L. Thurston
13  vs.
                                         **Stipulation of Dismissal**
14  HO SPORTS COMPANY, INC.,
    dba HYPERLITE, and DOES 1 to        **[Fed. R. Civ. P. 41]**
15  100,
                                         DATE OF FILING:  April 24, 2009
16              Defendants.

17

18  **To this Honorable Court, and to the parties and their counsel of record:**

19       The parties, through their respective counsel of record, hereby agree and

20  stipulate that the above-captioned action is hereby dismissed pursuant to FRCP

21  41(a)(1) and 41(c), with each party to bear their own costs and fees, including any

22  and all attorneys' fees.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

13869958.1                                    Stipulation of Dismissal
                                          Case No. 1:09-CV-01000-AWI-JLT

X

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

1

2    Dated: October 11, 2011      SNELL & WILMER L.L.P.

3

4                            By: /s/ Randolph T. Moore

5                                Randolph T. Moore
                               Attorneys for Defendants HO Sports

6                                Company, Inc. dba Hyperlite and Ben Sims

7    Dated: October 11, 2011      FLESHER ■ BROOMAND MCKAGUE

8

9                            By: /s/ I. Hooshie Broomand

10                              I. Hooshie Broomand
                              Attorney for Plaintiff Jeffery Altman

11

12

13                    It is so Ordered. Dated: /O-/2-//

14

15                    United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

1

## **Jeffrey Altman v. HO Sports Company, Inc., dba Hyperlite**
2
### **USDC – Eastern District Division**

3

4

## **PROOF OF SERVICE**

5    I am employed in the County of Orange, State of California. I am over the age of
     18 and not a party to the within action; my business address is 600 Anton
6    Boulevard, Suite 1400, Costa Mesa, California 92626.

7    On October 11, 2011, I served, in the manner indicated below, the foregoing
     document described as: **STIPULATION OF DISMISSAL** on the interested
8    parties in this action:

9

10   I Hooshie Broomand                           **Plaintiff's Counsel**:
     Flesher Broomand McKague LLP
11   193 Blue Ravine Rd., Suite 265               Tel: 916.358.9042
     Folsom, Ca 95630                             Fax: 916.673.9672

12

13   ☒   BY E-FILING (USDC Central): I caused such document to be sent
         electronically to the court; pursuant to General Order No. 08-02, electronic
14       filing constitutes service upon the parties who have consented to electronic
         service.
15

16   ☒   FEDERAL: I declare that I am employed in the office of a member of the
         bar of this Court, at whose direction the service was made.

17   EXECUTED on October 11, 2011, at Costa Mesa, California.

18

19                                    //s// Kathy Sumner
                                        Kathy Sumner

20

21

22

23

24

25

26

27

28

11052633.1