Randolph T. Moore (#120041)
rmoore@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689
Telephone: (714) 427-7000
Attorneys for Defendants
HO Sports Company, Inc. dba Hyperlite

**FILED**
OCT 12 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY ALTMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HO SPORTS COMPANY, INC., dba HYPERLITE, and DOES 1 to 100,<br><br>Defendants. | CASE NO. 1:09-CV-01000-AWI-JLT<br><br>Assigned to: Judge Anthony W. Ishii<br>Magistrate Judge: Jennifer L. Thurston<br><br>**Stipulation of Dismissal**<br><br>**[Fed. R. Civ. P. 41]**<br><br>DATE OF FILING: April 24, 2009 |

**To this Honorable Court, and to the parties and their counsel of record:**

The parties, through their respective counsel of record, hereby agree and stipulate that the above-captioned action is hereby dismissed pursuant to FRCP 41(a)(1) and 41(c), with each party to bear their own costs and fees, including any and all attorneys' fees.

///
///
///
///
///
///
///

13869958.1

Stipulation of Dismissal
Case No. 1:09-CV-01000-AWI-JLT

X

1

2  Dated: October 11, 2011        SNELL & WILMER L.L.P.

3

4                                 By: /s/ Randolph T. Moore
                                      Randolph T. Moore
5                                     Attorneys for Defendants HO Sports
                                      Company, Inc. dba Hyperlite and Ben Sims
6

7  Dated: October 11, 2011        FLESHER ■ BROOMAND MCKAGUE

8

9                                 By: /s/ I. Hooshie Broomand
                                      I. Hooshie Broomand
10                                    Attorney for Plaintiff Jeffery Altman

11

12

13                                It is so Ordered. Dated: 10-12-11

14

15                                _____
                                  United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

13869958.1                        - 2 -                    Stipulation of Dismissal
                                                           Case No. 1:09-CV-01000-AWI-JLT

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

**Jeffrey Altman v. HO Sports Company, Inc., dba Hyperlite**
**USDC – Eastern District Division**

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626.

On October 11, 2011, I served, in the manner indicated below, the foregoing document described as: **STIPULATION OF DISMISSAL** on the interested parties in this action:

Hooshie Broomand　　　　　　　　　　**Plaintiff's Counsel**:
Flesher Broomand McKague LLP
193 Blue Ravine Rd., Suite 265　　　　Tel: 916.358.9042
Folsom, Ca 95630　　　　　　　　　　Fax: 916.673.9672

☒　BY E-FILING (USDC Central): I caused such document to be sent electronically to the court; pursuant to General Order No. 08-02, electronic filing constitutes service upon the parties who have consented to electronic service.

☒　FEDERAL: I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED on October 11, 2011, at Costa Mesa, California.

　　　　　　　　　　　　　　　//s// Kathy Sumner
　　　　　　　　　　　　　　　Kathy Sumner

11052633.1